UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARVIN PALMER,

    Plaintiff,

v.                              CASE NO. 8:12-CV-499-T-17TGW

ADECCO STAFFING
SERVICE, et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 7    Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the Complaint be dismissed without prejudice, with leave to file an Amended Complaint which complies with the Federal Rules of Civil Procedure, and the Motion to Proceed IFP be deferred.

The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated.** The Complaint is **dismissed without prejudice**, and Plaintiff shall file an Amended Complaint within thirty days of the date of this Order. The Motion to Proceed IFP is **deferred** until after the Amended Complaint is filed.

Case No. 8:12-CV-499-T-17TGW

DONE and ORDERED in Chambers, in Tampa, Florida on this 17th day of April, 2012.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record